UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GARNES,

                Plaintiff,

-against-

PRITCHARD INDUSTRIES, INC.,

                Defendant.

20-CV-3843 (CM)

ORDER DENYING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's amended in *forma pauperis* application (ECF 11) shows that he has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). If, within 30 days of the date of this order, Plaintiff pays the $400.00 in fees – a $350.00 filing fee and a $50.00[1] administrative fee – then the Court will reopen the action. The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 10, 2021
         New York, New York

                                              COLLEEN McMAHON
                                           Chief United States District Judge

---

[1] The administrative fee is currently $52.00, but that increase took effect after Plaintiff filed this action, and the $50.00 administrative fee therefore applies to this action.