UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK GARNES,

                Plaintiff,

      -v-

PRITCHARD INDUSTRIES, INC.,

                Defendant.

20 Civ. 3843 (PAE)

ORDER OF SERVICE

PAUL A. ENGELMAYER, United States District Judge:

Plaintiff Mark Garnes, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to defendant Pritchard Industries, Inc. Garnes is directed to serve the summons and complaint on the defendant within 90 days of the issuance of the summons. If within those 90 days, Garnes has not either served the defendant or requested an extension of time to do so, the Court may dismiss the claims against the defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Garnes, together with an information package.

SO ORDERED.

Dated:   April 4, 2022
           New York, New York

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge