UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GARNES,

                Plaintiff,

-v-

PRITCHARD INDUSTRIES, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 3843 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 27, 2023, Defendant Pritchard Industries, Inc. ("Pritchard") filed a motion to dismiss (the "Motion"), and the deadline for pro se Plaintiff Mark Garnes ("Mr. Garnes") to respond to the Motion (the "Opposition") was Friday, February 10, 2023. (ECF No. 33). To date, Mr. Garnes has not filed the Opposition. Accordingly, Mr. Garnes shall file the Opposition by **Tuesday, February 21, 2023**. Failure to submit the Opposition will result in the Court treating the Motion as unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garnes at the address below.

Dated:     New York, New York
            February 13, 2023

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

Mail To:     1205 Atlantic Ave.
            Unit 363
            Brooklyn, NY 11216