UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GARNES,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 20 Civ. 3843 (PAE) (SLC)

PRITCHARD INDUSTRIES, INC.,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been stayed pending arbitration for six months. (See ECF No. 52). Accordingly, by **December 20, 2023**, the parties shall meet and confer and file a joint letter on the docket (not exceeding three pages in length) regarding the status of the arbitration.

Dated:   New York, New York            SO ORDERED.
            December 13, 2023

                                                  SARAH L. CAVE
                                                  United States Magistrate Judge