UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GARNES,<br><br>                    Plaintiff,<br><br>-v-<br><br>PRITCHARD INDUSTRIES, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 20 Civ. 3843 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On March 7, 2024, the Court ordered that, "[b]y March 14, 2024, Plaintiff shall file a letter in response to Defendant's letter at ECF No. 61." (ECF No. 62 (the "Order")). Plaintiff did not do so, and has therefore failed to comply with the Order.

As a one-time courtesy, the Court sua sponte extends to **March 26, 2024** Plaintiff's deadline to do so. Plaintiff is expressly warned that any continued to failure to comply with the Court's Orders—including this Order—may result in sanctions being assessed against him, including but not limited to a recommendation to the Honorable Paul A. Engelmayer to dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:   New York, New York                   SO ORDERED.
            March 19, 2024

                                                                _____
                                                                SARAH L. CAVE
                                                                United States Magistrate Judge